IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILE. ___

05 APR 19 PM 2 5

ROBERT R. DI ˸ CLIO
CLERK, U.S. DI˸ CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. 04-cr-20458-01

DARRYL RUDD,

    Defendant.

---

ORDER

---

This matter came before the Court upon the written motion of Darryl Rudd.  For good cause shown, his motion is granted and this case is reset for sentencing on _Friday_, _May_ _27_, 2005 at _11.00 a_.m.

    IT IS SO ORDERED.

JON PHIPPS McCALLA
United States District Court Judge

DATE: _Ap. 19 2005_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _4-20-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CR-20458 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Robert S. Kirk
WARING COX
50 N. Front Street
Ste. 1300
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT