IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    No. 04-CR-20458-M1

DARRYL RUDD,       MOTION GRANTED
                                       JON PHIPPS McCALLA
    Defendant.                         U.S. DISTRICT JUDGE

                                       Aug 29 2005
                                       DATE

MOTION TO RESET SURRENDER DATE

    Comes now the defendant, Darryl Rudd, having been sentenced in the above case to the custody of the Bureau of Prisons, having previously been granted leave of Court to report to his designated facility and respectfully requests this Court to reset his surrender date in this case. Movant would show unto the Court that he is due to surrender to the Federal Bureau of Prisons at Taft CI, Taft, California by 2:00 o'clock p.m. on Wednesday, August 31, 2005. Movant would further show unto the Court that his younger brother, Derrick Rudd, was killed the morning of August 29, 2005 in an automobile accident. Darryl Rudd respectfully requests the opportunity to post-pone his surrender date, primarily to attend Derrick's funeral. Further, Mr. Darryl Rudd also has some final arrangements concerning his business and private life that need further attention and that is the reason for the 30 day request.

    Counsel for Mr. Rudd has conferred with the Assistant U.S.

Attorney prosecuting this case and has been advised that there is no objection to this request.

WHEREFORE, PREMISES CONSIDERED, movant respectfully prays:

1. That this Honorable Court extend Mr. Rudd's surrender date 30 days; and/or

2. That this Court grant such other relief herein as truth dictates and justice demands.

Respectfully submitted,

_____
T. Clifton Harviel (5589)
Attorney for Defendant
Suite 850
50 N. Front Street
Memphis, Tennessee   38103
(901) 543-9799


### Certificate of Service

I hereby certify that I have served a copy of the foregoing upon Mr. Carroll L. Andre, Assistant United States Attorney, 167 N. Main Street, 8th Floor, Memphis, Tennessee 38103, this 29th day of August, 2005.

_____
T. Clifton Harviel

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CR-20458 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Robert S. Kirk
WARING COX
50 N. Front Street
Ste. 1300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT